IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE THOMAS WILKERSON,

    Plaintiff,

v.

WORLD SAVINGS AND LOAN ASSOCIATION, et al.,

    Defendants.

No. CIV S-08-2168 LKK DAD PS

<u>ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS, DIRECTING CLERK TO SEND MATERIALS FOR SERVICE, AND REQUIRING SERVICE BY UNITED STATES MARSHAL</u>

This proceeding was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Plaintiff seeks restitution and money damages for violation of unspecified banking statutes related to a real estate loan. Plaintiff alleges diversity jurisdiction.

Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's September 15, 2008 motion to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to issue process and send plaintiff an instruction sheet for service of process by the United States Marshal, together with one USM-285 form, a summons form, and an endorsed copy of plaintiff's complaint filed September 15, 2008.

1

1        3.  Plaintiff shall submit a properly completed USM-285 form, a properly
2   completed summons form, two true and exact copies of the endorsed complaint, and one copy of
3   this order directly to the United States Marshal either by personal delivery or by mail to United
4   States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814, within thirty (30) days
5   after this order is served.
6        4.  Within ten (10) days after submitting the required materials to the United
7   States Marshals Service, plaintiff shall file with the court a declaration stating the date on which
8   he submitted the documents to the United States Marshal.  Failure to file the required declaration
9   in a timely manner will result in an order imposing appropriate sanctions.
10       5.  Within thirty (30) days after receiving the necessary materials from plaintiff,
11  the United States Marshal is directed to serve process on defendant World Savings and Loan
12  Association, which plaintiff indicates is now known by merger as World Savings Bank, FSB.
13  DATED: September 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\wilkerson2168.ifp.serve