IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE THOMAS WILKERSON,

    Plaintiff,

    v.

WORLD SAVINGS AND LOAN ASSOCIATION, et al.,

    Defendants.

No. CIV S-08-2168 LKK DAD PS

ORDER

    This matter came before the court on February 20, 2009 for hearing of the motions to strike punitive damages and to dismiss complaint filed by defendant World Savings Bank, FSB, renamed and now known as Wachovia Mortgage, FSB (sued as World Savings and Loan Association). Stephen Goostrey, Esq., appeared telephonically on behalf of the moving party. Plaintiff George Thomas Wilkerson, proceeding pro se, appeared on his own behalf.

    For the reasons stated in open court, IT IS ORDERED that:

    1. The hearing of defendant's January 9, 2009 motions (Docs. No. 8 and 9) is continued to **April 3, 2009, at 10:00 a.m.** in Courtroom 27 before the undersigned;

    2. Plaintiff's written opposition to both of defendant's motions shall be filed and served on or before March 23, 2009; and

/////

1

3. Defendant's replies, if any, shall be filed and served on or before March 30, 2009.

DATED: February 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\wilkerson2168.oah.cont